**Dennis Eugene ROSS, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Director of Virginia Department of Corrections, Defendant–Appellee.**

No. 01–6738.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 13, 2001.

Decided Oct. 23, 2001.

Dennis Eugene Ross, pro se. John H. McLees, Jr., Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Dennis Eugene Ross seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the magistrate judge's opinion * and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *Ross v. Angelone,* No. CA–00–349–2 (E.D.Va. Apr. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).